No. 89–1020. MORFESIS v. DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT OF THE CITY OF NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 89–1021. MORALES v. BURROUGHS ET AL. Ct. App. Kan. Certiorari denied.

No. 89–1024. SICKELSMITH v. TOOLIS. Ct. App. Ohio, Columbiana County. Certiorari denied.

No. 89–1025. ENGLAND, INDIVIDUALLY AND DBA VIDEO AMERICA, ET AL. v. HENDRICKS ET AL. C. A. 10th Cir. Certiorari denied.

No. 89–1026. INDIANA COAL COUNCIL, INC., ET AL. v. INDIANA DEPARTMENT OF NATURAL RESOURCES ET AL. Sup. Ct. Ind. Certiorari denied.

No. 89–1029. STATE BOARD OF EQUALIZATION AND ASSESSMENT v. NORTHERN NATURAL GAS CO. ET AL.; and STATE BOARD OF EQUALIZATION AND ASSESSMENT v. TRAILBLAZER PIPELINE CO. ET AL. Sup. Ct. Neb. Certiorari denied. Reported below: 232 Neb. 806, 443 N. W. 2d 249 (first case); 232 Neb. 823, 442 N. W. 2d 386 (second case).

No. 89–1032. ALLEN ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 89–1034. GOLDSTEIN v. DELTA AIR LINES, INC. C. A. 11th Cir. Certiorari denied.

No. 89–1036. DEADWYLER ET AL. v. VOLKSWAGEN OF AMERICA, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1038. CARBONE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 89–1039. DALTON ET VIR v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–1042. NEWMAN v. BURGIN ET AL. C. A. 1st Cir. Certiorari denied.